UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARA ERESIAN, JR.,, <br><br> Plaintiff, <br><br> v. <br><br> RYA W. ZOBEL; RESIDENTIAL FUNDING COMPANY, LLC f/k/a RESIDENTIAL FUNDING CORPORATION; RESCAP SECURITIES HOLDINGS CO.; HINSHAW & CULBERTSON LLP; LISA URSO and THE UNITED SATES MARSHALS SERVICE FOR THE DISTRICT OF MASSACHUSETTS, by and through Deputy Director David L. Harlow, and any successor, <br><br> Defendants, <br><br> and <br><br> ALLISON L. RANDLE, <br><br> Interested Party. | CIVIL ACTION NO.: 4:17-CV-40106-TSH |

**MOTION OF DEFENDANTS RESIDENTIAL FUNDING COMPANY, LLC, f/k/a RESIDENTIAL FUNDING CORPORATION, RESCAP SECURITIES HOLDINGS CO., AND HINSHAW & CULBERTSON LLP TO DISMISS PLAINTIFF'S COMPLAINT AND FOR COSTS AND SANCTIONS AGAINST PLAINTIFF**

Pursuant to Fed. R. Civ. P. 12(b)(6) and the permanent injunction issued against the Plaintiff on November 24, 2015 in Civil Action No. 15-40077, the Defendants, Residential Funding Company, LLC f/k/a Residential Funding Corporation, RESCAP Securities Holdings Co. and Hinshaw & Culbertson LLP (altogether as "Defendants"), move this Court to dismiss the Plaintiff's Verified Complaint with prejudice. The Defendants also request that this Court issue

sanctions against the Plaintiff for filing this frivolous, inappropriate action in the form of the Defendants' attorneys' fees and costs for this motion.

As discussed in the Defendants' accompanying Memorandum of Reasons and the Affidavit of Jordan O'Donnell, Esq., the Verified Complaint should be dismissed because the filing of this lawsuit violates an Order from this Court that enjoins the Plaintiff from any further filings in the United States District Court regarding the foreclosure or possession of the property at issue. As the Verified Complaint pertains to the Defendants' ability to take possession of the property, the case should be dismissed for violating the permanent injunction such that it is unnecessary for the Court to consider the merits of the Plaintiff's claims, even though those would fail as a matter of law.

The Verified Complaint is also moot because, after this Court denied the Plaintiff's Motion for a Temporary Restraining Order on September 21, 2017 (Doc. No. 7), the Defendants levied on the execution and took possession of the property after the federal marshals removed the Plaintiff, Allison Randle and their personal property. Regardless of whether the Plaintiff attempts to amend the Complaint in response to this motion, any new pleading would be futile because of the injunction against him.

Lastly, as a result of having to defend this frivolous and prohibited action, the Defendants move this Court to issue sanctions against the Plaintiff in the form of the Defendants' attorneys' fees and costs for this motion, plus any further relief that the Court deems appropriate.

WHEREFORE, the Defendants, Residential Funding Company, LLC f/k/a Residential Funding Corporation, RESCAP Securities Holdings Co., and Hinshaw & Culbertson LLP move this Court to dismiss the Verified Complaint of the Plaintiff, Ara Eresian, Jr., as it pertains to the claims against them, prohibit the docketing of any amendments to the Verified Complaint, and

300686187v1 0993810

issue sanctions in the form of the Defendants' attorneys' fees and costs for this motion, and other such relief as the Court deems proper.

        Respectfully submitted,

        RESIDENTIAL FUNDING COMPANY, LLC, f/k/a RESIDENTIAL FUNDING CORPORATION,
        RESCAP SECURITIES HOLDINGS CO., and HINSHAW & CULBERTSON LLP

        By their Attorneys,

        */s/  Justin M. Fabella*_____
        Justin M. Fabella, BBO #654859
        Jordan S. O'Donnell, BBO# 684001
        Hinshaw & Culbertson LLP
        28 State Street, 24th Floor
        Boston, MA 02109-1775
        Tel: (617) 213-7000 / Fax: (617) 213-7001
        Email:  jfabella@hinshawlaw.com
                 jodonnell@hinshawlaw.com

Dated:  November 21, 2017

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

    I, Justin M. Fabella, hereby certify that counsel for the Defendants conferred with the Plaintiff, who is *pro se*, regarding this Motion to Dismiss Plaintiff's Complaint and for Costs and Sanctions Against Plaintiff in accordance with Local Rule 7.1(a)(2).

        */s/ Justin M. Fabella*_____
        Justin M. Fabella, BBO# 654859

## **CERTIFICATE OF SERVICE**

  I, Justin M. Fabella, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 21, 2017, specifically:

Ara Eresian, Jr., *Pro Se*
P.O. Box 499
Shrewsbury, MA 01545-0499

               */s/ Justin M. Fabella*
               Justin M. Fabella