**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARA ERESIAN, JR., <br><br> Plaintiff, <br><br> v. <br><br> RYA W. ZOBEL; RESIDENTIAL FUNDING COMPANY, LLC f/k/a RESIDENTIAL FUNDING CORPORATION; RESCAP SECURITIES HOLDINGS CO.; HINSHAW & CULBERTSON LLP; LISA URSO and THE UNITED SATES MARSHALS SERVICE FOR THE DISTRICT OF MASSACHUSETTS, by and through Deputy Director David L. Harlow, and any successor, <br><br> Defendants, <br><br> and <br><br> ALLISON L. RANDLE, <br><br> Interested Party. | CIVIL ACTION NO.: 4:17-CV-40106-TSH |

**AFFIDAVIT OF JUSTIN M. FABELLA**

I, Justin M. Fabella, depose and state as follows:

1.  I am an attorney at the law firm of Hinshaw & Culbertson LLP, 28 State Street, 24th Floor, Boston, Massachusetts. I am an attorney of record for the Defendants in this matter, Residential Funding Company, LLC, f/k/a Residential Funding Corporation ("Residential"), RESCAP Securities Holdings Co. ("RESCAP"), and Hinshaw & Culbertson LLP ("Hinshaw") (altogether as "Defendants"). I submit this affidavit for the purpose of authenticating documents

referenced in the Defendants' Motion to Dismiss the Verified Complaint of Plaintiff Ara Eresian, Jr., and for Costs and Sanctions.

2. Attached hereto as Exhibit 1 is a true and accurate copy of the foreclosure deed related to the property known 83-85 Whitney Street, Unit No. 83, Northborough, Massachusetts (the "Property"), and recorded with the Worcester County Registry of Deeds on May 20, 2013, at Book 50907, Page 85.[1]

3. Attached hereto as Exhibit 2 is a true and accurate copy of the Declaration of Alison L. Hodgkins filed in *In re Allison Lindsey Randle*, United State Bankruptcy Court, District of Massachusetts – Central Division, Case No. 15-40331 MSH, ECF No. 10; and *El Dorado Canyon Properties, LLC v. GMAC Mortgage, LLC*, *et al.*, United States District Court, District of Massachusetts, Case No. 1:11-cv-12111-RWZ, ECF Nos. 153-2 and 190-4.

4. Attached as Exhibit 3 is a true and accurate of copy of the Verified Complaint of Plaintiff Ara Eresian, Jr., filed in this matter.

5. Attached as Exhibit 4 are true and accurate copies of the Returns of Service of 48-Hour Notices to Quit for Plaintiff Ara Eresian, Jr., and Interested Party Allison Randle, filed by the United States Marshal Service, in *El Dorado Canyon Properties, LLC v. GMAC Mortgage, LLC, et al.*, United States District Court, District of Massachusetts, Case No. 1:11-cv-12111-RWZ, ECF Nos. 194-195.

6. Attached as Exhibit 5 is a true and accurate copy of the Return for Execution of Writ for Possession pertaining to Plaintiff Ara Eresian, Jr. and Interested Party Allison Randle, filed by the United States Marshal Service, in *El Dorado Canyon Properties, LLC v. GMAC*

---

[1] A court may also take judicial notice of certain facts, including public records, when deciding a motion to dismiss. See Jarosz v. Palmer, 436 Mass. 526, 530 (2002).

*Mortgage, LLC, et al.*, United States District Court, District of Massachusetts, Case No. 1:11-cv-12111-RWZ, ECF Nos. 196.

7. Attached as Exhibit 6 is a true and accurate copy of an email from Plaintiff Ara Eresian, Jr., dated October 3, 2017, to the Defendants' counsel, including myself.

I declare under the pains and penalties of perjury that the foregoing is true and correct. Executed on November 21, 2017.

> */s/  Justin M. Fabella*_____
> Justin M. Fabella

300755671v1 0993810