UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARA ERESIAN, JR., <br><br> Plaintiff, <br><br> v. <br><br> RYA W. ZOBEL; RESIDENTIAL FUNDING COMPANY, LLC f/k/a RESIDENTIAL FUNDING CORPORATION; RESCAP SECURITIES HOLDINGS CO.; HINSHAW & CULBTERTSON LLP; LISA URSO.; TOWN TO TOWN MOVERS, INC., and THE UNITED STATES MARSHALS SERVICE FOR THE DISTRICT OF MASSACHUSETTS, by and through Deputy Director David L. Harlow, and any successor, <br><br> Defendants. <br><br> and <br><br> ALLISON L. RANDLE, <br><br> Interested Party. | Civil Action No. 17-40106-TSH |

## NOTICE OF APPEARANCE

Pursuant to L.R. 83.5.2, please enter the appearance of the undersigned Assistant United States Attorney as counsel for defendants Rya W. Zobel, Lisa Urso, and the United States Marshals Service in the above-captioned matter.

                                              Respectfully submitted,

                                              ANDREW E. LELLING
                                              United States Attorney

                            By:    */s/ Jessica P. Driscoll*
                                              Jessica P. Driscoll, BBO No. 655394
                                              Assistant United States Attorney
                                              United States Attorney's Office
                                              John Joseph Moakley U.S. Courthouse
                                              1 Courthouse Way - Suite 9200
                                              Boston, MA  02210
                                              (617) 748-3398
Dated: January 9, 2018                    Jessica.Driscoll@usdoj.gov

## **CERTIFICATE OF SERVICE**

       I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by First Class Mail.

                                              Ara Eresian Jr., Pro Se
                                              P.O. Box 499
                                              Shrewsbury, MA 01545-0499


                                              */s/ Jessica P. Driscoll*
                                              Jessica P. Driscoll
Dated: January 9, 2018                    Assistant United States Attorney