UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARA ERESIAN, JR. *pro se*,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RYA W. ZOBEL; RESIDENTIAL FUNDING COMPANY, LLC f/k/a RESIDENTIAL FUNDING CORPORATION; RESCAP SECURITIES HOLDINGS CO.; HINSHAW & CULBTERTSON LLP; LISA URSO.; TOWN TO TOWN MOVERS, INC., and THE UNITED STATES MARSHALS SERVICE FOR THE DISTRICT OF MASSACHUSETTS, *by and through Deputy Director David L. Harlow*, and any successor,<br><br>　　　　　Defendants.<br><br>and<br><br>ALLISON L. RANDLE,<br><br>　　　　　Interested Party. | Civil Action No. 17-40106-TSH |

## MOTION TO DISMISS PURSUANT TO
## <u>FEDERAL RULE OF CIVIL PROCEDURE 12 (b) (1), (5) AND (6)</u>

NOW COME Defendants Hon. Rya W. Zobel, Lisa Urso, and the U.S. Marshals Service ("USMS") (together the "Federal Defendants"), and move to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1)(5) and (6).  This action stems directly from two actions previously filed by the *pro se* Plaintiff concerning the foreclosure of certain real property and consolidated under Civil Action No. 11-12111–RWZ.  Plaintiff, apparently displeased with the disposition of the Prior Action – which resulted in a judgment against him and a writ of execution against the real property at issue – has now sued, *inter alia*, the presiding U.S. District

Judge, her courtroom deputy, and the USMS, citing to a variety of procedural rules and statutes, none of which support his claims.  <u>See generally</u> Amended Complaint (Document No. 22).  As set forth in the accompanying Memorandum of Law in support, Plaintiff has not properly served *any* of the Federal Defendants pursuant to Federal Rule of Civil Procedure 4(i) and, as such, the action as alleged against the Federal Defendants must be dismissed in its entirety pursuant to Local Rule 4.1.  Moreover, even if Plaintiff had effected proper service, Plaintiff fails to state a cognizable legal claim against any of the Federal Defendants; indeed, none exists and, for that reason, dismissal should be *with prejudice*.

      WHEREFORE, it is respectfully requested that the Court dismiss the Complaint in its entirety.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:   */s/ Jessica P. Driscoll*
       Jessica P. Driscoll, BBO No. 655394
       Assistant United States Attorney
       United States Attorney's Office
       John Joseph Moakley U.S. Courthouse
       1 Courthouse Way - Suite 9200
       Boston, MA  02210
       (617) 748-3398

Dated: January 16, 2018       Jessica.Driscoll@usdoj.gov

### Certification of Compliance with Local Rule 7.1

      I have not conferred with the Plaintiff prior to filing this motion because Plaintiff is *pro se*, and Local Rule 7.1(a)(2) requires only that "counsel" confer.

Dated:  January 16, 2018      */s/ Jessica P. Driscoll*
       Jessica P. Driscoll
       Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by First Class Mail.

                                        Ara Eresian Jr., *Pro Se*
                                        P.O. Box 499
                                        Shrewsbury, MA 01545-0499

                                        */s/ Jessica P. Driscoll*
                                        Jessica P. Driscoll
Dated: January 16, 2018                Assistant United States Attorney