FILED
IN CLERKS OFFICE

2018 FEB 20 PM 2: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| ARA ERESIAN, JR., <br><br> Plaintiff, <br><br> v. <br><br> RYA W. ZOBEL; RESIDENTIAL FUNDING COMPANY, LLC f/k/a RESIDENTIAL FUNDING CORPORATION; RESCAP SECURITIES HOLDINGS CO.; HINSHAW & CULBERTSON, LLP; LISA URSO; TOWN TO TOWN MOVERS, INC., and THE UNITED STATES MARSHALS SERVICE FOR THE DISTRICT OF MASSACHUSETTS, by and through Deputy Director David L. Harlow, and any successor, <br><br> Defendants, <br><br> and <br><br> ALLISON L. RANDLE, <br><br> Interested Party. | Civil Action No.4:17-cv-40106-TSH |

**_EMERGENCY_ MOTION OF ARA ERESIAN, JR. FOR AN ORDER STAYING PROCEEDINGS AND TO ENLARGE TIME IN ORDER TO RE-EFFECTUATE SERVICE OF PROCESS UPON THE NAMED FEDERAL DEFENDANTS AND TO PROPERLY RESPOND TO THE NAMED DEFENDANTS' RESPECTIVE MOTIONS TO DISMISS (ECF NOS. 31, 33)**

To the Honorable TIMOTHY S. HILLMAN, District Judge.

COMES NOW Plaintiff, Ara Eresian, Jr. (hereinafter "Plaintiff" or "Eresian") and hereby moves this Honorable Court for an Order staying proceedings and to enlarge time in order to re-effectuate service of process upon the named defendants, Rya W. Zobel, Lisa Urso, and the United States Marshals Service (collectively the "Federal Defendants") and to properly respond to the named defendants respective motions to dismiss. (ECF Nos. 31, 33).

As grounds therefor and in support thereof, Eresian relies upon his Affidavit, submitted herewith and incorporated herein in its entirety by reference.

WHEREFORE, Plaintiff, Ara Eresian, Jr. prays that the instant motion be allowed, and for such other and further relief as this Honorable Court deems just and appropriate.

ARA ERESIAN, JR.,

/s/ Ara Eresian, Jr.
Ara Eresian, Jr., PRO SE
P.O. Box 499
Shrewsbury, MA 01545-0499
Tel: 1-(774)-258-0961
Fax: 1-(508)-757-3780
Email: arl@townisp.com

Date: February 20th, 2018

## CERTIFICATE OF SERVICE

I, Ara Eresian, Jr., hereby certify that on the ___20th___ day of February, 2018, I served a copy of the within *Emergency Motion Of Ara Eresian, Jr. For An Order Staying Proceedings And To Enlarge Time In Order To Re-Effectuate Service Of Process Upon The Named Federal Defendants And Properly Respond To The Defendants' Respective Motions To Dismiss* (ECF Nos. 31, 33) and *Affidavit Of Ara Eresian, Jr. In Support Of His Emergency Motion For An Order Staying Proceedings And To Enlarge Time In Order To Re-Effectuate Service Of Process Upon The Named Federal Defendants And Properly Respond To The Defendants' Respective Motions To Dismiss* (ECF Nos. 31, 33), via (U.S.) first class mail, postage prepaid, upon the following:

Justin M. Fabella, Esquire
Jordan S. O'Donnell, Esquire
Hinshaw & Culbertson, LLP
28 State Street, 24th Floor
Boston, MA 02109-1775

(For Residential Funding Company, LLC, f/k/a Residential Funding Corporation; RESCAP Securities Holdings Co., and Hinshaw & Culbertson, LLP)

Jessica P. Driscaoll, Esquire
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210-3002

(For Rya W. Zobel; Lisa Urso, and the United States Marshals Service)

Additional copy to:

David Caron[1]
82 Camelot Drive
Worcester, MA 01602-1351

(Of Town to Town Movers, Inc.)

---

[1] Since Mr. Caron filed an "Answer" on January 25, 2018 (ECF No. 35), Plaintiff has served and filed three other documents with the Court (ECF Nos. 36, 37 and 38) listing service of each filing upon Mr. Caron at "47 Camelot Drive, Worcester, MA 01620-1354". As of the date of this certificate, none of these documents have been return to Plaintiff. Should any of them be returned, Plaintiff will attempt re-service at the above address and file an *amended* certificate with the Court certifying his attempt to do so.

3

Allison L. Randle
68 Laurel Street
West Boylston, MA 01583-1514

_____
Ara Eresian, Jr.

4