# Exhibit A

U.S. Department of Justice

United States Marshals Service

*District of Massachusetts*

Worcester, MA 01608

# MEMORANDUM

DATE: May 4, 2006

TO: Jim Arena, LCSO

FROM: Tom Bezanson, SDUSM

SUBJECT: **Service of Process in the Federal Courthouse**

    The following procedures will be followed for persons attempting to serve court civil/criminal process in the Worcester Federal Courthouse.

    When a law enforcement officer or private process server arrives to serve process please have them wait in the lobby area. Identify who is to be served, an individual or office/department then call the subject of the process and ask if they will accept service. If the person refuses service then advise the process server and ask them to leave. Nothing can stop them from waiting outside the courthouse to serve the subject later. If the person agrees to service then they can come down to the lobby or the server can go directly to the subject office if convenient.

    At no time should a process server be allowed into the building to roam around looking for the subject of the process. There will be occasions when someone will use a pretext to enter the building for court or to visit the Clerk's office then attempt to find the subject of the process. If this occurs please contact this office immediately.

    Please have the entire CSO staff review this memo and thank you for your assistance in this matter.