**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARA ERESIAN, JR.,<br><br>      Plaintiff<br><br>v.<br><br>RYA W. ZOBEL; RESIDENTIAL FUNDING COMPANY, LLC f/k/a RESIDENTIAL FUNDING CORPORATION; RESCAP SECURITIES HOLDINGS CO.; HINSHAW & CULBERTSON LLP; LISA URSO and THE UNITED STATES MARSHALS SERVICE FOR THE DISTRICT OF MASSACHUSETTS, by and through Deputy Director David L. Harlow, and any successor,<br><br>      Defendants<br><br>and<br><br>ALLISON L. RANDLE<br><br>      Interested Party | CIVIL ACTION NO. 4:17-CV-40106-TSH |

**OPPOSITION OF DEFENDANTS, RESIDENTIAL FUNDING COMPANY, LLC, F/K/A RESIDENTIAL FUNDING CORPORATION, RESCAP SECURITIES HOLDINGS CO., AND HINSHAW & CULBERTSON LLP TO PLAINTIFF'S EMERGENCY MOTION TO STAY THE PROCEEDING AND TO ENLARGE THE TIME TO RESPOND TO THE MOTION TO DISMISS**

      The Defendants, Residential Funding Company, LLC, f/k/a Residential Funding Corporation, RESCAP Securities Holdings, Co., and Hinshaw & Culbertson LLP (collectively "Defendants"), filed a Motion to Dismiss the Complaint with a Renewed Request for Award for Costs and Sanctions against the Plaintiff on January 12, 2018. The Defendants provided assent to the Plaintiff's request to extend the time to February 20, 2018 to respond to the Defendants'

Motion. The Plaintiff did not file a response to the Motion to Dismiss on February 20, 2018, and instead, filed an emergency motion, *inter alia*, to extend the time to respond to Defendants' motion and to stay the proceedings. The Plaintiff never contacted Defendants' counsel at any time before filing the emergency motion. What's more, the purported emergency motion is related to the Plaintiff's inability to properly serve the Federal Defendants, namely, Hon. Zobel, The United States Marshalls Service, and Lisa Urso.

Indeed, not only does the Plaintiff's purported emergency motion fail to include a certification that he attempted to contact Defendants' counsel, it also provides absolutely no support concerning the request to stay the case and to extend the time to respond with regard to Defendants' Motion to Dismiss. Not only did the Defendants file their Motion to Dismiss in January 2018, the Complaint relates to a jury verdict received by the Defendants on October 23, 2014 (11-cv-12111- Doc. No. 112). Moreover, "Plaintiff is enjoined for any further filing in the United States District Court regarding the foreclosure of, or plaintiff's possession of, the real property" at issue in this case. (15-cv-40077 – Doc. No. 15).

WHEREFORE, for all of these reasons, the emergency motion should be denied and the Court should consider Defendants' Motion to Dismiss and Renewed Requests for Award of Costs and Sanctions.

Respectfully submitted,

RESIDENTIAL FUNDING COMPANY, LLC,
RESCAP SECURITIES HOLDINGS CO., and
HINSHAW & CULBERTSON LLP,
By their Attorneys,

*/s/ Justin M. Fabella*
Justin M. Fabella, BBO #654859
Jordan S. O'Donnell, BBO #684001
Hinshaw & Culbertson LLP
28 State Street, 24th Floor
Boston, MA 02109-1775
Tel: (617) 213-7000 / Fax: (617) 213-7001
Email:   jfabella@hinshawlaw.com
         jodonnell@hinshawlaw.com

Dated: March 6, 2018

## CERTIFICATE OF SERVICE

I, Justin M. Fabella, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 6, 2018, specifically:

Ara Eresian, Jr., *Pro Se*
P.O. Box 499
Shrewsbury, MA 01545-0499

*/s/ Justin M. Fabella*
Justin M. Fabella