UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARA ERESIAN, JR.,<br><br>    Plaintiff<br><br>v.<br><br>RYA W. ZOBEL; RESIDENTIAL FUNDING COMPANY, LLC f/k/a RESIDENTIAL FUNDING CORPORATION; RESCAP SECURITIES HOLDINGS CO.; HINSHAW & CULBERTSON LLP; LISA URSO and THE UNITED STATES MARSHALS SERVICE FOR THE DISTRICT OF MASSACHUSETTS, by and through Deputy Director David L. Harlow, and any successor, and TOWN TO TOWN MOVERS, INC.<br><br>    Defendants<br><br>and<br><br>ALLISON L. RANDLE<br><br>    Interested Party | CIVIL ACTION NO. 4:17-CV-40106-TSH |

## AFFIDAVIT OF JUSTIN M. FABELLA REGARDING DEFENDANTS' FEES AND COSTS

I, Justin M. Fabella, hereby depose and state:

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts and a partner at Hinshaw & Culbertson LLP. I have practiced law for 16 years. I, along with Jordan S. O'Donnell, Esq., an associate at Hinshaw & Culbertson LLP, represent Defendants, Residential Funding Co., LLC, f/k/a Residential Funding Corp., RESCAP Securities Holdings Co. and Hinshaw & Culbertson LLP (together, the "Defendants"), in this litigation. Attorney O'Donnell is also licensed to practice in the Commonwealth of Massachusetts and has practiced

law for seven years. I make this affidavit based upon my personal knowledge and review of my firm's billing and other records.

2. On May 3, 2018, the Court granted the Defendants' Motion to Dismiss and for Costs and Sanctions Against Plaintiff, filed as ECF Nos. 31-32. In doing so, the Court instructed the Defendants to file a motion and supporting affidavit setting forth reasonable attorney's fees and costs to be imposed as sanctions. *See* ECF No. 47.

3. This Affidavit is submitted in conjunction with Defendants' Motion for an Award of Attorney's Fees and Costs as Sanctions and pursuant to the Court's aforementioned instructions.

4. I have reviewed my firm's bills in this matter and have calculated the fees and expenses related to this action, filed by Plaintiff Ara Eresian, Jr. (the "Plaintiff"). This Affidavit includes fees and costs billed to the Defendants by our firm related to: 1) responding to the Plaintiff's Complaint and Amended Complaint; 2) drafting and filing dispositive motions; 3) communicating with the Plaintiff; 4) reviewing the pleadings of Co-Defendants and communicating with their counsel; and 5) communication between our firm and our clients.

5. In response to the first Complaint, the Defendants had filed a motion to dismiss the initial complaint, which was declared moot because Plaintiff filed an Amended Complaint. The Defendants then renewed their motion to dismiss after the Plaintiff filed an Amended Complaint, incorporating its prior arguments. As such, the fees and costs related to both motions are therefore included.

6. This Affidavit does <u>not</u> include any fees or expenses related to the eviction of the Plaintiff from the subject property located at 83-85 Whitney Street, Unit No. 83, Northborough, Massachusetts, which forms the basis for the Plaintiff's lawsuit, and was conducted pursuant to

two related and consolidated matters, *RESCAP Securities Holding Co.* v. *Allison L. Randle and Ara Eresian, Jr.*, C.A. No. 4:13-cv-40076-TSH and *El Dorado Canyon Properties, LLC* v. *GMAC Mortgage, LLC and GMAC Mortgage Corp*, C.A. No. 1:11-cv-12111-RWZ.

7. My billing rate in this matter is $395.00 per hour and Attorney O'Donnell's billing rate in this matter is $285.00 per hour.

8. Because my firm's bills contain information protected by attorney-client privilege, they are not being submitted with this motion and affidavit. Should the Court make such a request, the bills will be submitted for in camera review.

9. From July 2017 to the present, I have billed 21.7 hours related to the aforementioned tasks, totaling fees of $8,571.50.

10. From July 2017 to the present, Attorney O'Donnell has billed 58.1 hours related to aforementioned tasks, totally fees of $16,558.50.

11. My firm incurred fees of $138.41 related to access pleadings and documents on PACER and photocopying, as a result of the tasks referred to in Paragraph 4.

12. For this motion, I anticipate billing one hour at $395.00. I anticipate that Attorney O'Donnell will bill two hours at a total of $570.00.

13. In total, the Defendants have or will incur attorney's fees and expenses of $**26,233.71** in this matter.

Signed under the pains and penalties of perjury this 17th day of May 2018.

*/s/ Justin M. Fabella*
Justin M. Fabella, Esq.