# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Eresian,**
       **Plaintiff(s),**

     v.

**Zobel, et al,**
       **Defendant(s),**

**CIVIL ACTION**

**NO. <u>17-40106-TSH</u>**

## <u>ORDER OF DISMISSAL</u>

<u>**Hillman, D. J.**</u>

In accordance with the Court's Orders issued on 5/3/18 and 5/21/18 it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

<u>  5/21/18  </u>             <u>/s/ Martin Castles</u>
   Date                        Deputy Clerk