UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

FILED
IN CLERKS OFFICE
2018 JUN 18 PM 4: 03
U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| ARA ERESIAN, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>RYA W. ZOBEL; RESIDENTIAL FUNDING COMPANY, LLC f/k/a RESIDENTIAL FUNDING CORPORATION; RESCAP SECURITIES HOLDINGS CO.; HINSHAW & CULBERTSON, LLP; LISA URSO; TOWN TO TOWN MOVERS, INC., and THE UNITED STATES MARSHALS SERVICE FOR THE DISTRICT OF MASSACHUSETTS, by and through Deputy Director David L. Harlow, and any successor,<br><br>    Defendants,<br><br>and<br><br>ALLISON L. RANDLE,<br><br>    Interested Party. | Civil Action No. 4:17-cv-40106-TSH |

**MOTION OF ARA ERESIAN, JR. TO RECONSIDER AND VACATE THE ORDER DISMISSING *PLAINTIFF'S FIRST AMENDED VERIFIED COMPLAINT* AGAINST DEFENDANT, TOWN TO TOWN MOVERS, INC., TO ENTER A DEFAULT AGAINST TOWN TO TOWN PURSUANT TO RULE 55(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE UPON THE *AMENDED COMPLAINT*, AND TO RESCHEDULE STATUS CONFERENCE**

In accordance with the provisions of Rule 59(e) of the Federal Rules of Civil Procedure, Plaintiff, Ara Eresian, Jr. ("Plaintiff" or "Eresian") hereby moves this Honorable Court to reconsider and vacate order dismissing *Plaintiff's First Amended Verified Complaint* (hereinafter the "*Amended* Complaint") against Defendant, Town to Town Movers, Inc. ("Town to Town"), to enter a default against Town to Town pursuant to Rule 55(a) of the Federal Rules of Civil Procedure upon the *Amended* Complaint, and to reschedule Status Conference.

As grounds therefor and in support thereof, Plaintiff relies upon his sworn Affidavit, submitted herewith and incorporated herein in its entirety by reference.

ARA ERESIAN, JR.,

_____
Ara Eresian, Jr., PRO SE
P.O. Box 499
Shrewsbury, MA  01545-0499
Tel: 1-(774)-258-0961
Fax: 1-(508)-757-3780
Email: alr@townisp.com

Date: June ___18th___, 2018

## CERTIFICATION PURSUANT TO L.R.7.1(a)(2) (D.Mass.)

I, Ara Eresian, Jr. hereby certify that on June 17, 2018, I opened a conference pursuant to L.R. 71.(a)(2) (D.Mass.) with counsel of record for all named defendants (*except* Town to Town Movers, Inc. to which no counsel has appeared of record) relative to the subject-matter of the within motion.

Due to the time constraints contained in Rule 59(e) of the Federal Rules of Civil Procedure, the conference closed on June 18, 2018, without receipt of any response from any counsel of record.

_____
Ara Eresian, Jr.

Date: June 18, 2018

## CERTIFICATE OF SERVICE

I, Ara Eresian, Jr., hereby certify that on the 18 day of June, 2018, I served a copy of the within *Motion Of Ara Eresian, Jr. To Reconsider And Vacate Order Dismissing Plaintiff's First Amended Verified Complaint Against Defendant, Town To Town Movers, Inc. Pursuant to Rule 55(a) Of The Federal Rules of Civil Procedure Upon the Amended Complaint, And to Reschedule Status Conference* and Affidavit of Ara Eresian, Jr. in support thereof, via (U.S.) first class mail, postage prepaid, upon the following:

Justin M. Fabella, Esquire
Hinshaw & Culbserton, LLP
28 State Street, 24th Floor
Boston, MA 02109-1775

Jessica P. Driscoll, Esquire
United States Attorney's Office MA
1 Courthouse Way, Suite 9200
Boston, MA 02210-3011

David T. Caron, Jr., President
C/O Town to Town Movers, Inc.
170 Chandler Street
Worcester, MA  01609-2924

_____
                          Ara Eresian, Jr.